# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) |
| *Plaintiff,* | ) No. 21 C 5552 ) ) |
| v. | ) Judge Virginia M. Kendall ) |
| AMERICAN FLANGE and GREIF, INC., | ) ) |
| *Defendants.* | ) ) ) |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of Plaintiff (s) EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

and against Defendant(s) AMERICAN FLANGE and GREIF, INC

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of Defendant(s)

and against Plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Virginia M. Kendall on Motions for Summary Judgment.

Date: 9/16/2024          Thomas G. Bruton, Clerk of Court

                         /s/Lynn Kandziora , Deputy Clerk